IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CRIMINAL 12-0488CCC

1) JOSE BABILONIA-TORRES
2) IRVING MELECIO-RAMIREZ
3) XAVIER MELECIO-RAMIREZ
4) VICTOR REAL-ALOMAR
5) JOSE GONZALEZ-BERNARD
6) FELIX A. HERNANDEZ-BURGOS
7) ALEXIS HERNANDEZ-BURGOS
8) PABLO ECHEVARRIA-RODRIGUEZ
9) JOSE ACEVEDO-VELEZ
**10) BRIAN OSORIO-PADILLA**
11) ORLANDO FELIX-NEGRON
12) NELSON ALONSO-GALARZA
13) PEDRO HERNANDEZ-SOSA

Defendants

## ORDER

Having considered the Report and Recommendation filed on July 24, 2013 (**docket entry 368**) on a Rule 11 proceeding of defendant Brian Osorio-Padilla (10) held before U.S. Magistrate Judge Silvia Carreño-Coll on July 12, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 12, 2013.  The **sentencing hearing is set for October 23, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 14, 2013.


S/CARMEN CONSUELO CEREZO
United States District Judge